No. 72–6681. ELDER *v.* CASEY ET AL. C. A. 6th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded to the United States District Court for the Middle District of Tennessee for reconsideration in light of suggestion contained in the Solicitor General's memorandum filed October 26, 1973. MR. JUSTICE BLACKMUN would grant certiorari and set case for oral argument.

No. A–486. ENVIRONMENTAL DEFENSE FUND ET AL. *v.* TENNESSEE VALLEY AUTHORITY ET AL. D. C. E. D. Tenn. Application for stay presented to MR. JUSTICE STEWART, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. A–425 (73–5481). SAYLES *v.* McGUIRE, U. S. DISTRICT JUDGE. D. C. D. C. Application for injunction presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. D–19. IN RE DISBARMENT OF McWHINNEY. It is ordered that Robert R. McWhinney, of Greensburg, Pennsylvania, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.